# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Yvon Wagner, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CV 07-0819-PHX-EHC |
| v. | ) | |
| | ) | |
| Maricopa County, et al. | ) | |
| | ) | |
| Defendant(s). | ) | |

__X__  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____  Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Jury Verdict entered February 5, 2010, judgment is entered in favor of the defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed

RICHARD H. WEARE
District Court Executive/Clerk

February 8, 2010

s/E. Leon
By: Deputy Clerk

cc: (all counsel)