Joel B. Robbins, Esq. (011065)
Anne E. Findling, Esq. (010871)
**ROBBINS & CURTIN, p.l.l.c.**
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Tel: 602/285-0100
Fax: 602/265-0267
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| **Yvon Wagner**, as the personal representative of the **Estate of Eric Vogel**,<br><br>Plaintiffs,<br><br>vs.<br><br>**Maricopa County**, a political subdivision of the State of Arizona; **Joseph Arpaio and Jane Doe Arpaio**, husband and wife,<br><br>Defendants. | No. CV07-00819 PHX EHC<br><br>**NOTICE OF APPEAL** |

Plaintiff Yvon Wagner, as personal representative of the Estate of Eric Vogel, hereby gives notice of her appeal to the United States Court of Appeals for the Ninth Circuit from the following the Judgment entered in this matter on February 8, 2010 [Dkt. 257] (including all pre-judgment orders and minute entries merged into this final judgment). The Circuit Rule 3-2(b) Representation Statement is attached.

RESPECTFULLY SUBMITTED: March 8, 2010

                                          **ROBBINS & CURTIN, p.l.l.c.**

                                       By: s/Joel B. Robbins
                                             Joel B. Robbins
                                             301 E. Bethany Home Road, Suite B-100
                                             Phoenix, Arizona 85012
                                             *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Daniel S. Struck, Esq.
>Lisa Wahlin, Esq.
>JONES, SKELTON & HOCHULI, plc
>2901 North Central Ave., Suite 800
>Phoenix, Arizona 85012-2703
>*Attorneys for Defendants*

By s/Joel B. Robbins
I:\Clients Robbins & Curtin\Vogel (Wagner v. Maricopa County)\Appeal\Notice of appeal.doc

# REPRESENTATION STATEMENT

1. **Plaintiff**:

    Plaintiff is represented by:

    > Joel B. Robbins, Esq. (011065)
    > joel@robbinsandcurtin.com
    > Anne E. Findling, Esq. (010871)
    > anne@robbinsandcurtin.com
    > ROBBINS &CURTIN, p.l.l.c.
    > 301 East Bethany Home Road, Suite B-100
    > Phoenix, Arizona 85012
    > Tel: 602-285-0100
    > Fax: 602-265-0267

2. **Defendants:**

    Defendants are represented by:

    > Daniel P. Struck, Eq. (012377)
    > dstruck@jshfirm.com
    > Lisa S. Wahlin, Esq. (013979)
    > lwahlin@jshfirm.com
    > JONES, SKELTON & HOCHULI, P.L.C.
    > 2901 North Central Avenue, Suite 800
    > Phoenix, Arizona 85012
    > Tel: (602) 263-1700
    > Fax: (602) 200-7811